**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 10, 2017

Mr. Bernard John Barrett Jr.
Mr. Nandan M. Joshi
CONSUMER FINANCIAL PROTECTION BUREAU
1700 G Street, N.W.
Washington, DC  20006

　　　　RE:  17-1298  Brianna Johnson v. Admiral Investments, LLC

Dear Counsel:

　　　　The amicus curiae brief of the Consumer Financial Protection Bureau was received and filed on April 10, 2017.  If you have not already done so, please complete and file an Appearance form.  You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

　　　　Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

　　　　　　　　　　Michael E. Gans
　　　　　　　　　　Clerk of Court

SRD

Enclosure(s)

cc:　　Ms. Amy M. Goltz
　　　　Mr. Darren Brayer Schwiebert

　　　　District Court/Agency Case Number(s):  0:16-cv-00452-MJD